IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WELLS FARGO BANK, N.A.,        )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:10cv984-MHT
                               )            (WO)
THORN CHILDCARE, LLC,          )
THORN REAL ESTATE, LLC,        )
and KIMBERLY RANEA THORN,      )
                               )
    Defendants.                )
```

### JUDGMENT

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Wells Fargo, N.A.'s motion for default judgment against defendants Thorn Childcare, LLC, Thorn Real Estate, LLC, and Kimberly Ranea Thorn (Doc. No. 13) is granted.

(2) Judgment is entered in favor of plaintiff Wells Fargo, N.A. and against defendants Thorn Childcare, LLC, Thorn Real Estate, LLC, and Kimberly Ranea Thorn.

(3) Plaintiff Wells Fargo, N.A. shall recover from defendants Thorn Childcare, LLC, Thorn Real Estate, LLC, and Kimberly Ranea Thorn the sum of $ 163,244.93, plus unpaid interest in the amount of $ 4,623.04 and interest accruing at the contractual rate between March 31, 2011, and the date of this judgment.

(4) Plaintiff Wells Fargo, N.A. shall also recover from defendants Thorn Childcare, LLC, Thorn Real Estate, LLC, and Kimberly Ranea Thorn the additional sum of $ 20,294.40 as attorneys' fees, court costs, and collection expenses, plus accruing attorneys' fees and expenses between March 31, 2011, and the date of this judgment.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of May, 2011.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE